DONALD MARZI *v.* DORISLEE CARPENTER ET AL.
(AC 17330)

Foti, Schaller and Dupont, Js.

Argued April 27—officially released May 19, 1998

Per Curiam. The judgment is affirmed.

STATE OF CONNECTICUT *v.* THEODORE
PEDEMONTI
(AC 16169)

Foti, Schaller and Dupont, Js.

Argued April 27—officially released May 19, 1998

Per Curiam. The judgment is affirmed.

ESSEX SAVINGS BANK *v.* JEFFREY NAVIN ET AL.
(AC 17051)

O'Connell, C. J., and Foti and Lavery, Js.

Argued April 30—officially released May 19, 1998

Per Curiam. The judgment is affirmed.